UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALENTIN MALDONADO-ALAMEDA | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-00200 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 4, 2018, the United States Magistrate Judge filed a Report and Recommendation (Doc. 4). No party has filed any objection. After reviewing the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that Petitioner Valentin Maldonado-Alameda's Motion Under 28 U.S.C. § 2255(F)(3) to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1) be transferred to the Fifth Circuit for consideration as a successive habeas corpus petition. *See In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

SIGNED this 4th day of January, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge